# United States District Court
# For The Western District of North Carolina
# Statesville Division

ERIC BERNARD SMITH,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                          5:12CV170
                                          (5:03CR12-2-V)

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/7/12 Order.

                                          Signed: December 7, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court